NATHAN SILVERSTEIN, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. GEORGE DOHONEY, DEFENDANT-PETITIONER.

See same case below: 32 *N. J. Super.* 357.

*Mr. Louis Bolstein* and *Mr. Maurice A. Cohen* for the petitioner.

*Mr. Sol Schulman, Mr. Maurice C. Brigadier* and *Mr. Seymour Margulies* for the respondents.

January 24, 1955. Granted.

NATHAN SILVERSTEIN, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. PATRICK KEANE, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 32 *N. J. Super.* 357.

*Mr. Francis P. Morley, Messrs. Gottlieb & Gottlieb* and *Mr. Irving I. Vogelman* for the petitioners.

*Mr. Sol Schulman, Mr. Maurice C. Brigadier* and *Mr. Seymour Margulies* for the respondents.

January 24, 1955. Granted.